PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSANNE MCHENRY,<br><br>Defendant. | Case No. 5:24-po-00158-CDB<br><br>[Citation #E1919202, CA71]<br><br><br>MOTION TO CONVERT MANDATORY APPEARANCES TO COLLATERAL; ORDER |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to convert [Citation #E1919202, CA71] in Case No. 5:24-po-00158-CDB against Defendant ROSANNE MCHENRY in the interests of justice.

The citation in this case was properly issued as a mandatory appearance within the discretion of the citing officer. Although a violation of 36 C.F.R. § 1.5(f) does not expressly allow for the citation of a mandatory appearance under the bail schedule for the Eastern District of California, the citing officer relied on one of the authorized discretionary bases. Specifically, the citing officer issued a mandatory citation because Defendant had committed the same offense on "prior occasions." Defendant had allegedly passed multiple closed signs prior to being finally issued a citation for that offense.

Although the citation was issued properly as a mandatory citation, the United States seeks to convert the citation to a collateral amount. Based on the available information, while Defendant did violate the regulation at issue multiple times, the misconduct took place ultimately on one drive. The United States therefore believes a collateral amount of $250, with a $30 dollar processing fee, to be a fair outcome under these circumstances. *See also James & Elizabeth Console Fam. v. United States*, No. 23-CV-652-DMS-BLM, 2023 WL 6120609, at *4 (S.D. Cal. Sept. 18, 2023) ("Prosecutorial discretion is defined as [a] prosecutor's power to choose from the options available in a criminal case, such as filing charges, prosecuting, not prosecuting, plea-bargaining, and recommending a sentence to the court." (internal quotation mark and citation omitted)).

DATED: August 12, 2024                    Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                 United States Attorney

                                     By:     /s/ *Chan Hee Chu*
                                                 CHAN HEE CHU
                                                 Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America, that [Citation #E1919202, CA71] in Case No. 5:24-po-00158-CDB against ROSANNE MCHENRY be converted to a bailable citation with a collateral amount of $250, $10 special assessment, with an additional $30 in processing fee.

IT IS SO ORDERED.

Dated: __August 12, 2024__                    _____
UNITED STATES MAGISTRATE JUDGE